UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER M. JONES,

    Plaintiff,

    v.

CITY OF LACEY PARKS AND
RECREATION DEPARTMENT,

    Defendant.

Case No. C08-5494FDB

ORDER DENYING LEAVE TO
PROCEED IN FORMA PAUPERIS

Plaintiff moves to proceed with this civil rights case (discrimination and defamation) *in forma pauperis.* In his application, he states that supports his wife and three children with his earnings of $3,000.00 (Gross ($3,500.00) per month. Plaintiff is apparently employed by the U. S. Government at Fort Lewis, Washington.

As Plaintiff has earnings, it is not unreasonable to require that Plaintiff be responsible for the costs and fees of filing this lawsuit.

ACCORDINGLY, IT IS ORDERED: Plaintiff's Application To Proceed *In Forma Pauperis* [Dkt. # 1] is DENIED.

DATED this 11th day of August, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1