UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER M. JONES,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LACEY PARKS & RECREATION,<br><br>Defendant. | Case No. C08-5494FDB<br><br>ORDER REFERRING CASE TO PRO BONO PANEL FOR REVIEW AND RECOMMENDATION |

Plaintiff has filed an Application for Court Appointed Counsel, answering all the questions on the form and setting forth a statement of his contentions. NOW, THEREFORE,

IT IS ORDERED: This matter is referred to the Pro Bono Panel Screening Committee for review and recommendation to the Court whether counsel should be appointed for Plaintiff. The Committee's Report is due December 5, 2008, and the Clerk shall note this matter on the Court's calendar for December 5, 2008.

DATED this 16th day of October, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1