UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER M JONES, Sr.,<br><br>        Plaintiff,<br><br>    vs<br><br>CITY OF LACEY PARKS AND<br>RECREATION DEPARTMENT,<br><br>        Defendant. | CV08-5494FDB<br><br><br>MINUTE ORDER |

NOW, on this 26th day of November, 2008, the Court directs the Clerk to enter the following Minute Order:

This matter comes before the Court on Plaintiff's motion to dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41., there being no opposition to the motion.

IT IS HEREBY ORDERED:

Plaintiff's Rule 41 motion to dismiss without prejudice [Dkt. #7] is GRANTED and this case is closed.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

.

        /s/ Pat LeFrois
        Pat LeFrois
        Courtroom Deputy